Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTATE OF WILLIAM ABBE, deceased, and KARA BRANDON, as personal representative for the ESTATE OF WILLIAM ABBE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VANCOUVER; JAY ALIE, individually and as an employee of Vancouver Police Department, SEAN SUAREZ, individually and as an employee of Vancouver Police Department, SAMMY ABDALA, individually and as an employee of Vancouver Police Department,<br><br>Defendants. | No. 3:21-cv-05790-LK<br><br>AGREED MOTION FOR PARTIAL DISMISSAL AS TO (1) PLAINTIFF'S SECOND CAUSE OF ACTION AND (2) PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT CITY OF VANCOUVER<br><br>**NOTE ON MOTION CALENDAR:**<br>January 11, 2022<br><br>Without oral argument |

Plaintiff and Defendants, by and through undersigned counsel of record, hereby jointly move the Court for the following relief:

1. The United States Supreme Court has held that a "citizen's claim that law enforcement officials used excessive force in the course of making an arrest, investigatory stop, or other 'seizure' of his person … [is] properly analyzed under the Fourth Amendment's 'objective reasonableness' standard, rather than under a substantive due process standard." *Graham v. Connor*, 490 U.S. 386, 388 (1989). Because Plaintiff's First Cause of Action alleges excessive force under the Fourth Amendment, Plaintiff's Second Cause of Action (Dkt. 1 ¶¶ 6.1-

AGREED MOTION FOR PART. DISMISSAL - 1
(W.D. Wash. Cause No. 3:21-cv-05790-LK)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

6.8), which claims a violation of the Fourteenth Amendment due to alleged excessive force, should be dismissed without prejudice as duplicative of Plaintiff's First Cause of Action.

    2.     Plaintiff's claim for punitive damages (Dkt. 1 ¶¶ 7.9 & 8.7) against Defendant City of Vancouver should be dismissed with prejudice as barred by *City of Newport v. Fact Concerts*, 453 U.S. 247, 271 (1981).

**BY THE SIGNATURES OF THE ATTORNEYS OF RECORD, THE PARTIES SO STIPULATE TO THE FOREGOING.**

DATED on January 11, 2022.

  /s/ D. Angus Lee
(per email authorization dated 1/10/2022)
D. Angus Lee, WSBA No. 36473
Attorney for Plaintiff
angus@angusleelaw.com

DATED on January 11, 2022.

  /s/ Daniel G. Lloyd
Daniel G. Lloyd, WSBA No. 34221
Assistant City Attorney
Attorney for Defendants
dan.lloyd@cityofvancouver.us

AGREED MOTION FOR PART. DISMISSAL - 2
(W.D. Wash. Cause No. 3:21-cv-05790-LK)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501