UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTATE OF WILLIAM ABBE, deceased, and KARA BRANDON, as personal representative for the ESTATE OF WILLIAM ABBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VANCOUVER; JAY ALIE, individually and as an employee of Vancouver Police Department, SEAN SUAREZ, individually and as an employee of Vancouver Police Department, SAMMY ABDALA, individually and as an employee of Vancouver Police Department,<br><br>Defendants. | No. 3:21-cv-05790-LK<br><br>STIPULATION AND ORDER GRANTING DEFENDANTS LEAVE TO AMEND ANSWER |

Plaintiff, by and through undersigned counsel, hereby stipulates and agrees pursuant to Federal Rule of Civil Procedure 15(a)(2) that Defendants may file an amended answer that will supersede the Answer currently on file with the Court (*see* Dkt. 14). Accordingly, the parties jointly move for an order granting Defendants leave to file the Proposed Amended Answer that is filed as an exhibit to this motion pursuant to LCR 15, which reflects the language to be added and deleted. Language to be added is <u>underlined</u> and language to be deleted is denoted with ~~strikethrough~~ font.

//

ORDER - 1
(W.D. Wash. Cause No. 3:21-cv-05790-LK)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

**BY THE SIGNATURES OF THE ATTORNEYS OF RECORD, THE PARTIES SO STIPULATE TO THE FOREGOING.**

DATED on March 15, 2022.

/s/ D. Angus Lee
(per email authorization dated 3/15/22)
D. Angus Lee, WSBA No. 36473
Attorney for Plaintiff
angus@anguslelaw.com

DATED on March 15, 2022.

/s/ Daniel G. Lloyd
Daniel G. Lloyd, WSBA No. 34221
Assistant City Attorney
Attorney for Defendants
dan.lloyd@cityofvancouver.us

**ORDER**

Pursuant to the parties' above stipulation, Defendants are granted leave to file a clean version of the Proposed Amended Answer, Dkt. No. 17-1, which upon filing shall replace the Answer currently on file with the Court, Dkt. No. 14. Defendants shall file the Amended Answer within fourteen (14) days of this Order.

**IT IS SO ORDERED.**

DATED this 22nd day of March, 2022.

HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

ORDER - 2
(W.D. Wash. Cause No. 3:21-cv-05790-LK)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501